IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES A. BUCHANAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C 10-00903 CRB<br><br>**ORDER DISMISSING CASE** |

Defendant Astrue moved to dismiss this case for lack of subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1). See Mot. (dkt. 10). Plaintiff Buchanan filed a non-opposition to Defendant's motion. See Plaintiff's Non-Opposition to Defendant's Motion to Dismiss (dkt. 11). Accordingly, and finding good cause therefore, the Court DISMISSES this case.

**IT IS SO ORDERED.**

Dated: June 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\903\order dismissing.wpd